UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>    Defendants. | No. 2:23-cv-0237 KJN P<br><br>ORDER |

    Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On February 24, 2023, plaintiff was granted thirty days in which to provide a certified copy of his inmate trust account statement, and to file an in forma pauperis application that jail staff completed and certified. (ECF No. 5.) On March 6, 2023, plaintiff filed another application to proceed in forma pauperis; however, the certificate portion of the form was again not completed by jail staff, and he failed to provide a certified copy of his inmate trust account statement for the six month period preceding the filing of this case. In addition, plaintiff did not include his case number on the form. Plaintiff is advised that all documents submitted to the court for filing in this case must bear the assigned case number, 2:23-cv-0237 KJN P.

    Thus, plaintiff is provided an extension of time to comply with the February 24, 2023 order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an additional thirty days to comply with the February 24, 2023 order; plaintiff shall submit, within thirty days from the date of this order:

    a. A completed affidavit in support of his request to proceed in forma pauperis that includes the Certificate portion at the bottom of page two, completed by jail staff; and

    b. A certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

Plaintiff shall include his case number on his new application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court shall send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

Dated: March 10, 2023

/sing0237.3c+.2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE